EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                      | 2024 TSPR 15 |
| Enmiendas al Reglamento del Programa de Educación Jurídica Continua | 213 DPR ___ |

Número del Caso:  ER-2024-0001

Fecha:  26 de febrero de 2024

Materia: Enmiendas al Reglamento del Programa de Educación Jurídica Continua.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

| *In re:* | |
|---|---|
| Enmiendas al Reglamento del Programa de Educación Jurídica Continua | ER-2024-0001 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de febrero de 2024.

En junio de 2017 aprobamos el Reglamento vigente del Programa de Educación Jurídica Continua, *In re Aprobación del Reglamento PEJC*, 198 DPR 254 (2017). Dentro de las disposiciones de dicho cuerpo reglamentario surge la Regla 6 que regula lo atinente al nombramiento, las facultades y las limitaciones impuestas a los miembros de la Junta de Educación Jurídica Continua.

Así las cosas, en aras de propulsar los más altos estándares de ética profesional entre los miembros de esta Junta, disponer un mecanismo para que estos profesionales se inhiban de cualquier determinación que presente un conflicto de interés real o potencial, y en virtud de nuestro poder inherente para regular el ejercicio de la abogacía y la notaría, promulgamos la enmienda siguiente a la Regla 6 del Reglamento del Programa de Educación Jurídica Continua, 4A LPRA Ap. XVIII-E:

**Regla 6. Miembros: nombramiento, facultades y limitaciones**

. . . . . . . .

(G) Durante el periodo de su incumbencia, ninguna persona miembro de la Junta podrá ser proveedor o proveedora ni tener interés pecuniario o participación en los negocios de las entidades proveedoras de educación jurídica continua.

(H) No obstante lo dispuesto en el inciso anterior, un miembro de la Junta podrá fungir como recurso de un proveedor acreditado en tanto este o esta se inhiba de toda determinación que resulte en un conflicto de interés real o potencial atinente al proveedor que le contrata. La prohibición contenida en estos incisos no se entenderá aplicable a cualquier Juez o Jueza, miembro de la Junta, que participe como recurso en

las actividades de educación jurídica auspiciadas por la Academia Judicial Puertorriqueña.

.   .   .   .   .   .   .   .

Las enmiendas aquí aprobadas entrarán en vigor inmediatamente.

Notifíquese a la Junta de Educación Jurídica Continua y a la Directora del Programa de Educación Jurídica.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo